UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GREGORY BASS | : | |
| Plaintiff | : | Civil Action No. 06-1009(PGS) |
| v. | : | |
| DUFRY NEWARK | : | ORDER ON INFORMAL APPLICATION |
| Defendant | : | |

This matter having come before the Court by way of submission received January 7, 2008, from Steven C. Thompson, asking the Undersigned to take actions in connection with decisions rendered in the above-captioned matter;

and as the case is not assigned to the Undersigned, there is no basis for it to take any action in the case;

and as there is no authority for the Undersigned to review actions taken by another judicial officer, the Undersigned will take no action;

and for these reasons,

IT IS ON THIS 7th day of January, 2008

ORDERED that the request of Stephen C. Thompson for the Undersigned to take any actions in this case or to review the actions of another judicial officer is denied.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE