JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890
John M. Nolan (JN9794)
James M. McDonnell (JM0649)
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY BASS, PRO SE | CIVIL ACTION NO. 06CV1009 (PGS) (ES) |
| Plaintiff, | |
| v. | |
| DUFRY NEWARK, INC., ET ALS, JOSE CONTRAS, INDIVIDUALLY, BERNARD HOLLER, INDIVIDUALLY, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

It is hereby stipulated and agreed by and between Pro Se Plaintiff, Gregory Bass, and Dufry Newark, Inc., Jose Contreras (improperly pled as "Jose Contras") and Bernd Hoeller (improperly pled as "Bernard Holler") (collectively "Defendants"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorney's fees.

By: _/s/ Gregory Bass_
GREGORY BASS, Pro Se Plaintiff

H:\CLIENT\D\Dufry\Bass\104942 pleading027-SOD.doc

JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890

By: _/s/ James M. McDonnell_
Attorneys for Defendants

So Ordered
_/s/ Peter G. Sheridan_
4/3/08